**SEALED** **FILED**

AUG 28 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

2:15 - SW - 448    KJN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO SEARCH THE CONTENT AND ACCOUNT HOLDER INFORMATION MAINTAINED AT TAGGED.COM ASSOCIATED WITH THE FOLLOWING ACCOUNTS: (1) UID (USER IDENTIFICATION NUMBER) 5983607179 AND (2) EMAIL ADDRESS, NANABABYCHARLES@YAHOO.COM (REFERRED TO COLLECTIVELY AS THE SUBJECT ACCOUNTS). | CASE NO.<br><br>[~~PROPOSED~~] ORDER RE: NONDISCLOSURE<br><br>**UNDER SEAL** |

**ORDER**

IT APPEARING that prior notice of to any person of this investigation, the application for a search warrant, the warrant, and the orders entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that Tagged.com shall not disclose the existence of the warrant, the application, or the Orders of the Court in this matter, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

Dated: Aug 28, 2015

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE