1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELE BECKWITH
NIRAV K. DESAI
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone:  (916) 554-2700
5 | Facsimile:  (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

7 |

**SEALED**

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT TO SEARCH THE
12 | CONTENT AND ACCOUNT HOLDER
INFORMATION MAINTAINED AT
13 | TAGGED.COM ASSOCIATED WITH THE
FOLLOWING ACCOUNTS: (1) UID (USER
14 | IDENTIFICATION NUMBER) 5983607179
AND (2) EMAIL ADDRESS,
15 | NANABABYCHARLES@YAHOO.COM
(REFERRED TO COLLECTIVELY AS THE
16 | SUBJECT ACCOUNTS)

CASE NO.  2:15-SW-448 KJN

[~~PROPOSED~~] ORDER

**UNDER SEAL**

17 |

18 | On August 28, 2015, this Court approved a search and seizure warrant in this matter pursuant to

19 | 18 U.S.C. §§ 2701(a), (b)(1)(A), and 2703(c)(1)(A), for information in accounts possessed by

20 | Tagged.com.  This matter is before the Court on the government's request for leave not to provide notice

21 | of the August 28, 2015 search warrant to the subscribers of the Subject Accounts ("Request"), for a

22 | period of six months commencing to September 28, 2015.  Upon consideration of the government's

23 | Request, and it appearing that notice of the August 28, 2015 search warrant in this matter to the

24 | subscriber associated with the information sought in the August 28, 2015 search warrant, or any other

25 | person, would seriously jeopardize an ongoing investigation, for good cause shown IT IS HEREBY

26 | ORDERED:

27 | 1.       The government's Request is granted, and the time government is required to provide

28 | notice of the August 28, 2015 search warrant to the subscriber associated with the information sought in

1

the August 28, 2015 search warrant is delayed for a period of six months, commencing September 28, 2015, *nunc pro tunc*, unless otherwise ordered by the Court; and

   2.      The government's Request and this order are sealed until otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:    Oct  19, 2015

HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE