PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
MAY 04 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>CONTENT AND ACCOUNT HOLDER INFORMATION MAINTAINED AT TAGGED.COM ASSOCIATED WITH THE FOLLOWING ACCOUNTS: (1) UID (USER IDENTIFICATION NUMBER) 5983607179 AND (2) EMAIL ADDRESS, NANABABYCHARLES@YAHOO.COM (REFERRED TO COLLECTIVELY AS THE SUBJECT ACCOUNTS) | CASE NO. 2:15-SW-448 KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 5/4/2016

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge